IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CR-95-BO

FILED
JUN - 7 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KENYON REID | ) | |

Upon oral motion of the defendant without opposition from the government and for good cause shown, the Court hereby ORDERS that the arraignment and trial of defendant shall be continued until the July 2012 term of court.

The Court finds that the ends of justice served by this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore any delay caused by this continuance shall be excluded pursuant to 18 U.S.C. 3161(h).

SO ORDERED this the 7 day of June, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE